UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: ___11/19/2020___
```

------------------------------------------------------------X

EVELINA CALCANO,

                              Plaintiff,

              -against-

ZORLU MANUFACTURING COMPANY,
LLC,

                           Defendant.

:
:
:
:
:
:
:
:
:
:
:
:
:

20-cv-6499 (VSB)

**ORDER**

------------------------------------------------------------X

<u>VERNON S. BRODERICK, United States District Judge</u>:

      It has been reported to the Court that the parties in this case have reached a settlement agreement.  Accordingly, it is hereby:

      ORDERED that the above-captioned action is discontinued without costs to any party and without prejudice to restoring the action to this Court's docket if the application to restore the action is made within thirty (30) days.

SO ORDERED.

Dated:  November 19, 2020
       New York, New York

Vernon S. Broderick
United States District Judge